UNITED STATES DISTRICT COURT
WESTERN DISTRICT of KENTUCKY
LOUISVILLE DIVISION

CIVIL ACTION NO.: 3:14-cv-362-DJH
[Removed from Jefferson Circuit Court, Case 14-CI-000882]

***** ***** *****

THEODORE WALDRIDGE

and                                                                                                          PLAINTIFFS

KATHERINE WALDRIDGE

v.

ACQURA LOAN SERVICES

and                                                                                                          DEFENDANTS

HALO ASSET MANAGEMENT

***** ***** *****

## STIPULATION OF DISMISSAL WITH PREJUDICE

The Plaintiffs and the Defendants, by their counsel pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and this Court's Agreed Order Compelling Arbitration [Doc. No. 9, ¶ 5], now stipulate that this case, and all claims asserted herein, should be dismissed with prejudice.

And the Court being duly advised pursuant to the parties' foregoing Stipulation, now **ORDERS** that this case, and all claims asserted herein, are hereby dismissed with prejudice.

**HAVE SEEN AND AGREED TO:**

/s/ Bradley S. Salyer
Bradley S. Salyer
MORGAN & POTTINGER, P.S.C.
601 W. Main Street
Louisville, KY  40202
(502) 589-2780
*Counsel for Defendants*


/s/ Fernando C. Valdizan, Jr.
Fernando C. Valdizan, Jr.
Alex R. White, PLLC
617 Baxter Ave.
Louisville, Kentucky 40204
Counsel for Plaintiffs

2